In the Matter of ARKADIAN S. and Others, Children Alleged to be Abused and Neglected. CAYUGA COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES et al., Respondents; JOSHUA S., Appellant.

Submitted September 14, 2015; decided October 27, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of B&M KINGSTONE, LLC, Respondent, v MEGA INTERNATIONAL COMMERCIAL BANK CO., LTD., Appellant.

Submitted August 31, 2015; decided October 27, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of SHAMECKIA L. BLUE, Respondent, v DARRYL F. CALDWELL, Appellant, et al., Respondent. (Appeal No. 1.)

Motion, insofar as it seeks leave to appeal from the Appellate Division order affirming the Supreme Court order settling the record on appeal, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.